UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    - against -

DANIEL KAMENSKY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF MOTION

ECF Case

No. 20 Civ. 7193 (VEC)

        PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Complaint in criminal case *United States* v. *Daniel Kamensky*, 20 Mag. 9381 (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Audrey Strauss, Acting United States Attorney for the Southern District of New York, Richard Cooper and Daniel Tracer, Assistant United States Attorneys, of counsel, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure; and (ii) a full stay of discovery.

Dated:  New York, New York
         October 19, 2020

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney

             By:         /s/
                                        Richard Cooper / Daniel Tracer
                                        Assistant United States Attorneys
                                        One Saint Andrew's Plaza
                                        New York, New York 10007
                                        Telephone: (212) 637-1027/2329