```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SECURITIES AND EXCHANGE       :
COMMISSION,                   :
                              :
               Plaintiff,     :
                              :   20-CV-7193 (VEC)
         -against-            :
                              :   ORDER
                              :
DANIEL B. KAMENSKY,           :
                              :
               Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 19, 2020, the Government filed a Motion to Intervene and to Stay Discovery until the conclusion of Defendant Kamensky's parallel criminal case, Dkt. 16; and

WHEREAS Defendant, through counsel, consents to the Government's request for a stay, and the SEC takes no position on the matter, Dkt. 16 at 1;

IT IS HEREBY ORDERED that the Government's Motion to Intervene is GRANTED.

IT IS FURTHER ORDERED that the Government's Motion for a Stay of Discovery is GRANTED.  The parties must file a joint status report every six months updating the Court on the status of the criminal proceedings.  The next such report is due no later than **Friday, April 23, 2021.**  Additionally, the parties must notify the Court immediately if the Defendant pleads guilty or a verdict has been reached after trial.

The Clerk of Court is respectfully directed to close docket entry 16.

**SO ORDERED.**

**Date:  October 20, 2020**                                 _____
**        New York, New York**                                    **VALERIE CAPRONI**
                                                            **United States District Judge**