

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

October 21, 2020

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY  10007

Re:  SEC v. Kamensky, (1:20-cv-07193) (VEC) (S.D.N.Y.)

Dear Judge Caproni,

      Plaintiff Securities and Exchange Commission and counsel for Defendant Daniel B. Kamensky respectfully jointly write Your Honor seeking clarification of the Court's Order dated October 20, 2020 (DE # 18), which granted the Government's unopposed motions to intervene and for a stay of discovery in these proceedings (DE # 17).  Because the Government's motion was styled as a motion for a "stay of discovery," the parties wish to clarify and confirm with Your Honor that the stay, as granted by the Court, applies to the entirety of this matter and for all purposes.

      Please feel free to contact me if you have any questions or need additional information.

      Respectfully submitted,

       _s/ Alexander M. Vasilescu_
      Alexander M. Vasilescu
      Regional Trial Counsel

cc:    Joseph P. Ceglio, Esq. (via e-mail)
        Joon H. Kim, Esq. (via e-mail)

The Honorable Valerie E. Caproni
October 21, 2020
Page 2

    Alexander J. Janghorbani, Esq. (via e-mail)
    Ariel M. Fox, Esq. (via e-mail)
    Lawrence Gerschwer, Esq. (via e-mail)
    Joseph A. Matteo, Esq. (via e-mail)
    David S. Slovick, Esq. (via e-mail)
    AUSA Richard A. Cooper (via e-mail)
    AUSA Daniel M. Tracer (via e-mail)