

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020



October 21, 2020

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY  10007

Re:  SEC v. Kamensky, (1:20-cv-07193) (VEC) (S.D.N.Y.)

Dear Judge Caproni,

    Plaintiff Securities and Exchange Commission and counsel for Defendant Daniel B. Kamensky respectfully jointly write Your Honor seeking clarification of the Court's Order dated October 20, 2020 (DE # 18), which granted the Government's unopposed motions to intervene and for a stay of discovery in these proceedings (DE # 17).  Because the Government's motion was styled as a motion for a "stay of discovery," the parties wish to clarify and confirm with Your Honor that the stay, as granted by the Court, applies to the entirety of this matter and for all purposes.

    Please feel free to contact me if you have any questions or need additional information.

Respectfully submitted,

  *s/ Alexander M. Vasilescu*
Alexander M. Vasilescu
Regional Trial Counsel

cc:  Joseph P. Ceglio, Esq. (via e-mail)
     Joon H. Kim, Esq. (via e-mail)

Case 1:20-cv-07193-VEC   Document 20   Filed 10/21/20   Page 2 of 2

The Honorable Valerie E. Caproni
October 21, 2020
Page 2

      Alexander J. Janghorbani, Esq. (via e-mail)
      Ariel M. Fox, Esq. (via e-mail)
      Lawrence Gerschwer, Esq. (via e-mail)
      Joseph A. Matteo, Esq. (via e-mail)
      David S. Slovick, Esq. (via e-mail)
      AUSA Richard A. Cooper (via e-mail)
      AUSA Daniel M. Tracer (via e-mail)

This matter in its entirety is STAYED pending the conclusion of Defendant's criminal proceedings. The Clerk of Court is respectfully directed to stay the case.

The parties must file a joint status report every six months updating the Court on the status of the criminal proceedings. The next such report is due no later than **Friday, April 23, 2021**. Additionally, the parties must notify the Court immediately if the Defendant pleads guilty or a verdict has been reached after trial. *See* Dkt. 18.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: October 21, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE