USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
SECURITES AND EXCHANGE                     :
COMMISSION,                                :
                                           :
                         Plaintiff,        :
                                           :    20-CV-7193 (VEC)
            -against-                      :
                                           :    ORDER
                                           :
DANIEL B. KAMENSKY,                        :
                                           :
                         Defendant.        :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 21, 2021, the parties appeared for a pre-trial conference in this matter;

IT IS HEREBY ORDERED that Mr. Kamensky must answer, move, or otherwise respond to the Complaint by no later than **Friday, June 18, 2021**. If Mr. Kamensky files a motion to dismiss, the SEC may respond in opposition to the motion or file an amended complaint (not both). *See* Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases. The SEC's deadline to respond in opposition or to file an amended complaint is **Friday, July 16, 2021**. If the SEC responds in opposition, Mr. Kamensky's reply in support of his motion is due no later than **Friday, July 30, 2021**.

IT IS FURTHER ORDERED that fact discovery must be complete by no later than **Friday, December 31, 2021**. Expert discovery must be complete by no later than **Thursday, March 31, 2022**.

IT IS FURTHER ORDERED that the next pretrial conference in this matter is scheduled for **Friday, January 7, 2022 at 10:00 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. A joint pre-conference submission is due no later than **Thursday, December 30, 2021**. The parties should consult the Case Management Plan for the requirements of the pre-conference submission.

IT IS FURTHER ORDERED that the parties must submit joint monthly discovery reports, not to exceed five pages, describing the progress of discovery since the last monthly report. The first such report is due no later than **Tuesday, July 15, 2021,** and thereafter on the 15th of each month, or if the 15th falls on a weekend or holiday, on the first business day thereafter.

IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge or a referral to the Court-annexed mediation program, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date: May 21, 2021**
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**