July 16, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge, S.D.N.Y.
40 Foley Square
New York, NY 10007

    Re:    <u>*SEC v. Daniel B. Kamensky,* **No. 20-cv-07193 (VEC) (S.D.N.Y.)**</u>

Dear Judge Caproni:

    Plaintiff Securities and Exchange Commission ("SEC"), with the concurrence of Defendant Daniel B. Kamensky ("Kamensky"), respectfully advises the Court that the parties have reached an agreement in principle to resolve the above-referenced matter without further litigation in this Court.

    The parties will need additional time to finalize the settlement papers, and any proposed settlement will require the approval of the five-membered Commission. Because the approval process is a multi-step process, we anticipate that it will take approximately 60 days to complete.

    Accordingly, the parties jointly and respectfully request that this Court suspend all outstanding court deadlines in the Scheduling Order in this matter for 60 days.

                                             Respectfully submitted,

                                             <u>/s/ *Richard Hong*</u>
                                             Alexander M. Vasilescu
                                             Richard Hong
                                             Joseph P. Ceglio
                                             212-336-0956 (Hong)
                                             Counsel for the SEC

cc: Joon H. Kim, Esq. (counsel for Defendant)
     Alexander Janghorbani, Esq. (counsel for Defendant)