USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------:

SECURITIES AND EXCHANGE COMMISSION,    :

                    **Plaintiff,**    :    **ECF CASE**

                               :

- against -    :    **20-cv-07193-VEC**

                               :

DANIEL B. KAMENSKY,    :

                    **Defendant.**    :

------------------------------------------------------------------:

### FINAL JUDGMENT AS TO DEFENDANT DANIEL B. KAMENSKY

The Securities and Exchange Commission having filed a Complaint on September 3, 2020 and Defendant Daniel B. Kamensky ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

### I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)      to employ any device, scheme, or artifice to defraud;

    (b)      to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements

made, in light of the circumstances under which they were made, not misleading; or

(c)     to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

Dated:  September 10, 2021

_____
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------:

**SECURITIES AND EXCHANGE COMMISSION,**         :
                                                 :
                              **Plaintiff,**      :          **ECF CASE**
                                                 :
- against -                                      :          **20-cv-07193-VEC**
                                                 :
                                                 :
**DANIEL B. KAMENSKY,**                          :
                                                 :
                              **Defendant.**      :
                                                 :
------------------------------------------------------------------------:

## CONSENT OF DEFENDANT DANIEL B. KAMENSKY

1.      Defendant Daniel B. Kamensky ("Defendant") acknowledges having been served

with the complaint dated September 3, 2021 in this action, enters a general appearance, and

admits the Court's jurisdiction over Defendant and over the subject matter of this action.

2.      Defendant has pleaded guilty to criminal conduct relating to certain matters

alleged in the complaint in this action. Specifically, in *United States v. Daniel B. Kamensky*, No.

21-cr-0067 (DLC) (S.D.N.Y.) (the "Criminal Proceeding"), Defendant pleaded guilty to

violating 18 U.S.C. § 152(6) (bankruptcy bribery and extortion). In connection with that plea,

Defendant admitted to facts set out in the transcript of his plea allocution that is attached as

Exhibit A to this Consent. This Consent shall remain in full force and effect regardless of the

existence or outcome of any further proceedings in the Criminal Proceeding.

3.      Defendant hereby consents to the entry of the Final Judgment in the form attached

hereto (the "Final Judgment") and incorporated by reference herein, which, among other things:

      (a)      permanently restrains and enjoins Defendant from violations of Section

            17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)].

4.      Defendant waives the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure.

5.      Defendant waives the right, if any, to a jury trial and to appeal from the entry of the Final Judgment.

6.      Defendant enters into this Consent voluntarily and represents that no threats, offers, promises, or inducements of any kind have been made by the Commission or any member, officer, employee, agent, or representative of the Commission to induce Defendant to enter into this Consent.

7.      Defendant agrees that this Consent shall be incorporated into the Final Judgment with the same force and effect as if fully set forth therein.

8.      Defendant will not oppose the enforcement of the Final Judgment on the ground, if any exists, that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and hereby waives any objection based thereon.

9.      Defendant waives service of the Final Judgment and agrees that entry of the Final Judgment by the Court and filing with the Clerk of the Court will constitute notice to Defendant of its terms and conditions. Defendant further agrees to provide counsel for the Commission, within thirty (30) days after the Final Judgment is filed with the Clerk of the Court, with an affidavit or declaration stating that Defendant has received and read a copy of the Final Judgment.

10.      Consistent with 17 C.F.R. § 202.5(f), this Consent resolves only the claims asserted against Defendant in this civil proceeding. Defendant acknowledges that no promise or representation has been made by the Commission or any member, officer, employee, agent, or representative of the Commission with regard to any criminal liability that may have arisen or

may arise from the facts underlying this action or immunity from any such criminal liability.

Defendant waives any claim of Double Jeopardy based upon the settlement of this proceeding,

including the imposition of any remedy or civil penalty herein. Defendant further acknowledges

that the Court's entry of a permanent injunction may have collateral consequences under federal

or state law and the rules and regulations of self-regulatory organizations, licensing boards, and

other regulatory organizations. Such collateral consequences include, but are not limited to, a

statutory disqualification with respect to membership or participation in, or association with a

member of, a self-regulatory organization. This statutory disqualification has consequences that

are separate from any sanction imposed in an administrative proceeding. In addition, in any

disciplinary proceeding before the Commission based on the entry of the injunction in this

action, Defendant understands that he shall not be permitted to contest the factual allegations of

the complaint in this action.

11.     As part of Defendant's agreement to comply with the terms of Section 202.5(e),

Defendant acknowledges the guilty plea for related conduct described in paragraph 2 above, and:

(i) will not take any action or make or permit to be made any public statement denying, directly

or indirectly, any allegation in the complaint or creating the impression that the complaint is

without factual basis; (ii) will not make or permit to be made any public statement to the effect

that Defendant does not admit the allegations of the complaint, or that this Consent contains no

admission of the allegations; and (iii) upon the filing of this Consent, Defendant hereby

withdraws any papers filed in this action to the extent that they deny any allegation in the

complaint. If Defendant breaches this agreement, the Commission may petition the Court to

vacate the Final Judgment and restore this action to its active docket. Nothing in this paragraph

affects Defendant's:  (i) testimonial obligations; or (ii) right to take legal or factual positions in

litigation or other legal proceedings in which the Commission or the Division of Enforcement is not a party.

12.     Defendant hereby waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendant to defend against this action. For these purposes, Defendant agrees that Defendant is not the prevailing party in this action since the parties have reached a good faith settlement.

13.     Defendant agrees to waive all objections, including but not limited to, constitutional, timeliness, and procedural objections, to the administrative proceeding that will be instituted when the judgment is entered.

14.     Defendant agrees that the Commission may present the Final Judgment to the Court for signature and entry without further notice.

15.     Defendant agrees that this Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of the Final Judgment.

Dated: _August 5,_ 2021        _____
                                    Daniel B. Kamensky

On _August 15th_, 2021, _Daniel Kamensky_, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent.

                                    _____
                                    Notary Public
                                    Commission expires: 12/3/2022

Approved as to form:

_____
Joon H. Kim, _Esq._
Alexander Janghorbani, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006-1470
ajanghorbani@cgsh.com

Attorneys for Defendant Daniel B. Kamensky